UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN E. REARDON, | Civ. No. 13-5363 (NLH)(AMD) |
| Plaintiff, | |
| v. | **MEMORANDUM OPINION & ORDER** |
| STATE OF NEW JERSEY, et al., | |
| Defendants. | |

**APPEARANCES:**

JOHN E. REARDON
1 JOANS LANE
BERLIN, NJ 08009

    *Plaintiff appearing pro se*

BRIAN P. WILSON
STATE OF NEW JERSEY
OFFICE OF THE ATTORNEY GENERAL
DIVISION OF LAW
25 MARKET STREET
P.O. BOX 112
TRENTON, NJ 08625

    *Attorney for Defendants State of New Jersey, the Hon. Victor Ashrafi, J.A.D., the Hon. Margaret M. Hayden, J.A.D., the Hon. Edith K. Payne, J.S.C., the Hon. Anthony M. Pugliese, J.S.C. and the Hon. Ronald J. Freeman, J.S.C. (retired)*

**HILLMAN**, District Judge

    WHEREAS, on January 7, 2015, this Court denied Plaintiff's second motion for leave to file an amended complaint [26] and Plaintiff's motion for reconsideration of the Court's June 27,

2014 Opinion dismissing his complaint and denying his first

motion for leave to file an amended complaint [22]; and

WHEREAS, on July 2, 2015, this Court denied Plaintiff's

"MOTION to Set Aside the Order of Dismissal of this Case and for

Leave to Amend" [36]; and

WHEREAS, currently pending before the Court is Plaintiff's

"MOTION to set aside dismissal and for leave to Amend/Correct"

[42] and "MOTION for an order of compliance" [53]; [1]

and

WHEREAS, with regard to Plaintiff's "MOTION to set aside

---

[1] The Court's last docket entry was the July 2, 2015 Memorandum Opinion and Order denying Plaintiff's "MOTION to Set Aside the Order of Dismissal of this Case and for Leave to Amend" [36]. Plaintiff filed his "MOTION to set aside dismissal and for leave to Amend/Correct" [42] almost four years later on June 4, 2019. Since then, Plaintiff has sent for docketing 24 additional submissions in this case.

The Court notes that on October 16, 2019, Robert B. Kugler, U.S.D.J., issued a litigation preclusion order against Plaintiff in 1:18-cv-11372-RBK-AMD that provides:

> "ORDERED that John E. Reardon shall be, and is hereby, ENJOINED from filing any further complaint, lawsuit, or petition in the United States District Court for the District of New Jersey without prior authorization of the Court; and it is further ORDERED that in the event that John E. Reardon desires to file any further complaint, lawsuit, or petition in the United States District Court for the District of New Jersey, he shall file an appropriate motion for leave to file such complaint, lawsuit, or petition under the present docket number."

(1:18-cv-11372, Docket No. 74.) Since Judge Kugler issued the litigation preclusion order, Plaintiff has filed 39 submissions in that action.

2

dismissal and for leave to Amend/Correct" [42], the Court adopts its January 7, 2015 Opinion and Order (Docket No. 29, 30) because Plaintiff's instant motion is essentially a repeat of his motions seeking the same relief, and the bases for the denial of those motions apply equally to his current motion; and

WHEREAS, with regard to Plaintiff's "MOTION for an order of compliance" [53], Plaintiff requests that the Court order the Camden County Public Defender's Office and the Attorney General's Office to provide him with the addresses of thirteen individuals, several of whom had been named as defendants in Plaintiff's original complaint, or provide him with the name of an individual authorized to accept service of process for them; and

WHEREAS, the Court cannot provide the relief Plaintiff seeks because there is no pending action over which this Court has jurisdiction to issue any orders regarding service of process or other discovery-related requests;

Accordingly,

IT IS on this __2nd__ day of __January__, 2020

ORDERED that the Clerk shall reopen the case and shall make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

ORDERED that Plaintiff's "MOTION to set aside dismissal and for leave to Amend/Correct" [42] and "MOTION for an order

3

of compliance" [53] be, and the same hereby are, DENIED; and it is further

ORDERED that the Clerk shall re-close the file and make a new and separate docket entry reading "CIVIL CASE TERMINATED."


At Camden, New Jersey

    s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.