UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN E. REARDON,<br><br>              Plaintiff,<br><br>    v.<br><br>STATE OF NEW JERSEY, et al.,<br><br>             Defendants. | Civ. No. 13-5363<br>(NLH)(AMD)<br><br>**MEMORANDUM OPINION & ORDER** |

**APPEARANCES:**

JOHN E. REARDON
1 JOANS LANE
BERLIN, NJ 08009

    *Plaintiff appearing pro se*

BRIAN P. WILSON
STATE OF NEW JERSEY
OFFICE OF THE ATTORNEY GENERAL
DIVISION OF LAW
25 MARKET STREET
P.O. BOX 112
TRENTON, NJ 08625

    *Attorney for Defendants State of New Jersey, the Hon. Victor Ashrafi, J.A.D., the Hon. Margaret M. Hayden, J.A.D., the Hon. Edith K. Payne, J.S.C., the Hon. Anthony M. Pugliese, J.S.C. and the Hon. Ronald J. Freeman, J.S.C. (retired)*

**HILLMAN**, **District Judge**

    WHEREAS, on January 7, 2015, this Court denied Plaintiff's second motion for leave to file an amended complaint [26] and Plaintiff's motion for reconsideration of the Court's June 27,

2014 Opinion dismissing his complaint and denying his first motion for leave to file an amended complaint [22]; and

WHEREAS, on July 2, 2015, this Court denied Plaintiff's "MOTION to Set Aside the Order of Dismissal of this Case and for Leave to Amend" [36]; and

WHEREAS, on January 2, 2020, the Court denied Plaintiff's "MOTION to set aside dismissal and for leave to Amend/Correct" [42] and "MOTION for an order of compliance" [53]; and

WHEREAS, on August 11, 2020, the Court of Appeals for the Third Circuit affirmed this Court's January 2, 2020 decision in all respects (Docket No. 69); and

WHEREAS, on November 16, 2020, Plaintiff filed a motion styled, "MOTION to present the accompanying motion for relief" [71], pursuant to which Plaintiff seeks to "set aside all prior orders and to reopen and amend this lawsuit," which "should be permitted to go forward" because the Court made mistakes of fact and law (Docket No. 71-1 at 1); and

WHEREAS, the Court must deny the instant motion because it seeks relief that this Court has already considered and denied, and the Third Circuit has affirmed; and

WHEREAS, in the Court's January 2, 2020 Opinion, the Court noted:

> The Court's last docket entry [in this case] was the July 2, 2015 Memorandum Opinion and Order denying Plaintiff's "MOTION to Set Aside the Order of Dismissal of

2

>this Case and for Leave to Amend" [36]. Plaintiff filed his "MOTION to set aside dismissal and for leave to Amend/Correct" [42] almost four years later on June 4, 2019. Since then, Plaintiff has sent for docketing 24 additional submissions in this case.
>
>The Court notes that on October 16, 2019, Robert B. Kugler, U.S.D.J., issued a litigation preclusion order against Plaintiff in 1:18-cv-11372-RBK-AMD that provides:
>
>>"ORDERED that John E. Reardon shall be, and is hereby, ENJOINED from filing any further complaint, lawsuit, or petition in the United States District Court for the District of New Jersey without prior authorization of the Court; and it is further ORDERED that in the event that John E. Reardon desires to file any further complaint, lawsuit, or petition in the United States District Court for the District of New Jersey, he shall file an appropriate motion for leave to file such complaint, lawsuit, or petition under the present docket number."
>
>(1:18-cv-11372, Docket No. 74.)  Since Judge Kugler issued the litigation preclusion order, Plaintiff has filed 39 submissions in that action.

(Docket No. 66 at 2 n.1); and

>WHEREAS, in Plaintiff's case before Judge Kugler, on May 1, 2020, Judge Kugler ordered that the action was terminated, and
>
>>[I]n light of Mr. Reardon's vexatious and abusive history of filing "frivolous motions, meritless complaints, and procedurally deficient actions" for more than three decades, see Reardon v. Murphy, Civil No. 18-11372, 2019 WL 4727940, at *4 (D.N.J. Oct. 21, 2019), he is PROHIBITED from filing any future motions in this or any other case without leave of the Court; before filing a motion, Mr. Reardon must seek leave by filing a letter with the Court, of no more than two ordinary typed pages, setting forth valid reasons why the Court should allow the motion to be filed; no defendant shall be required to respond to any filing by Mr. Reardon unless specifically ordered to do so by the Court.
>
>(1:18-cv-11372, Docket No. 130); and

WHEREAS, since that time, Plaintiff has filed 30 additional letters and motions in that case, with the most recent filing on May 17, 2021 (1:18-cv-11372, Docket No. 162); and

WHEREAS, in this case, since Plaintiff filed the instant "MOTION to present the accompanying motion for relief" on November 20, 2020, Plaintiff has filed 10 additional submissions, with the most recent filing being on April 5, 2021; and

WHEREAS, the Court notes that Plaintiff has failed to follow Judge Kugler's May 1, 2020 Order, and in violation of that Order Plaintiff filed the instant motion here without leave of Court;

Consequently,

IT IS on this ___10th___ day of ___June___, 2021

ORDERED that Plaintiff's "MOTION to present the accompanying motion for relief" [71] be, and the same hereby is, DENIED; and it is further

ORDERED that in accord with Judge Kugler's May 1, 2020 Order, Plaintiff is PROHIBITED from filing any future motions in this or any other case without leave of the Court; before filing a motion, Plaintiff must seek leave by filing a letter with the Court, of no more than two ordinary typed pages, setting forth valid reasons why the Court should allow the motion to be filed; and no defendant shall be required to

4

respond to any filing by Plaintiff unless specifically ordered to do so by the Court; and it is finally

ORDERED that the Clerk shall mark this matter as CLOSED.

At Camden, New Jersey

S/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.

5